**Albert E. MOEHRING, Plaintiff–Appellant,**

v.

**The BANK OF NEW YORK MELLON; Mortgage Electronic Registration Systems, Inc.; Merscorp Holdings, Inc.; Bank of America, N.A.; Bank of America Corporation; Law Office of John T. Benjamin; Gerald L. Hassell; Brian T. Moynihan; Trustee Services of Carolina, LLC; Brock & Scott, PLLC, Defendants–Appellees.**

No. 14–1369.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 25, 2014.

Albert E. Moehring, Appellant Pro Se. Nathan J. Taylor, McGuire Woods, LLP,

---

* The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c) (2012).

Charlotte, North Carolina; Franklin Lamont Greene, Brock & Scott, PLLC, Charlotte, North Carolina, for Appellees.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert E. Moehring appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Moehring's claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 to 1692p (2012), and remanding his remaining claims to state court. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Moehring v. The Bank of New York Mellon,* No. 3:13–cv–00567–MOC–DSC, 2014 WL 1091071 (W.D.N.C. Mar. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*